

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ASHLEY R. GARMAN
*Senior Counsel*
phone: (212) 356-3539
fax: (212) 356-3509
email:agarman@law.nyc.gov

December 11, 2015

**BY ECF AND FACSIMILE** - 212-805-6737
Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    <u>Momdoah S. Douban, et al. v. Edward Gronowski, et al.</u>,
             12-cv-04348 (GBD)

Your Honor:

       I am an attorney in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendant Edward Gronowski in the above-referenced action. I write jointly on behalf of all parties to advise the Court that the parties have reached a settlement of this matter in principle and are in the process of completing the s ettlement paperwork. According, the parties respectfully request that the status conference scheduled for January 7, 2016 at 9:45 AM be adjourned *sine die*.

       I thank the Court for its time and consideration herein.

                                         Respectfully submitted,

                                         Ashley R. Garman
                                         *Senior Counsel*

cc:    Michael B. Lumer, Esq.  **(By ECF)**
        *Attorney for Plaintiffs*

       James M. Moschella, Esq.  **(By ECF)**
       *Attorney for Defendant*
       Rodrigo Caballero